## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

ADOLFO EFREN TAVIRA

CRIMINAL COMPLAINT
CASE NUMBER: 4:12MJ334

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 2007, up until the present, in the Eastern District of Texas and elsewhere, defendant **ADOLFO EFREN TAVIRA** did knowingly and intentionally combine, conspire, confederate, and agree together, with other persons known and unknown to the affiant, to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a(n) Special Agent with Homeland Security Investigations (HSI), and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

SA Daniel Padilla HSI
Complainant

Sworn to before me, and subscribed in my presence

August 21, 2012 at Dallas, Texas

Date / City and State

DON D. BUSH
U. S. MAGISTRATE JUDGE

Name and Title of Judicial Officer / Signature of Judicial Officer